IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL S. ORDAZ, | ) | |
| | ) | Case No. CV-07-634-BLW MHW |
| Plaintiff, | ) | |
| | ) | **ORDER OF REFERRAL TO** |
| v. | ) | **MAGISTRATE JUDGE FOR** |
| | ) | **ALL PRETRIAL MATTERS** |
| HAROLD TATE, CHARLES O'BRIEN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court finds good cause for referring this case to a United States Magistrate

Judge for the purpose of all pretrial matters.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that this matter shall be referred

to United Stated Magistrate Judge Mikel H. Williams, United States District Court, for

the District of Idaho, for the purpose of all pretrial matters.

DATED:  **December 15, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order of Referral -- 1**