IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL S. ORDAZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>H. TATE, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. CV 07-00634-BLW-MHW<br><br>**ORDER** |

　　　　Good cause appearing, Defendant O'Brien's motion to modify the Scheduling Order of September 8, 2009 (Docket No. 56) is GRANTED.

　　　　Dispositive motions shall be filed no later than sixty days after the Court rules on the pending motion to dismiss (Docket No. 49).

DATED: January 20, 2010

Honorable Mikel H. Williams
United States Magistrate Judge