IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL S. ORDAZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>H. TATE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. CV 07-00634-BLW-MHW<br><br>**ORDER** |

The Court has before it Defendant O'Brien's Motion for Clarification of Dispositive Motion Deadline, or in the alternative, for Thirty-Day Extension to File Dispositive Motions (Docket No. 68). The Court will grant Defendant's Motion for extension and allow him up to and including May 12, 2010 to file a dispositive motion.

DATED: April 13, 2010

_(signature)_

Honorable Mikel H. Williams
United States Magistrate Judge