IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAFAEL S. ORDAZ,<br><br>         Plaintiff,<br><br>v.<br><br>HAROLD TATE, et al.,<br><br>         Defendants. | Case No. 1:07-CV-00634-BLW-MHW<br><br>**ORDER** |

    Pending before the Court are a Report and Recommendation, a Motion for Temporary Restraining Order, and two Motions for Summary Judgment. (Docket Nos. 62, 66, 69, & 72.)  Plaintiff filed a notice of change of address on May 12, 2010 (Docket No. 75), but mail sent to that address has been returned by the United States Post Office as undeliverable since that date.  Plaintiff has not filed an opposition to the Motion for Summary Judgment filed by Harold Tate on April 12, 2010, or to the Motion for Summary Judgment filed by Charles O'Brien on May 10, 2010, and the time for response has since passed.  It is unclear from the

**ORDER - 1**

record whether Plaintiff wishes to pursue this case, and whether Plaintiff's current mailing address has been provided to the Clerk of Court and the parties.

NOW THEREFORE IT IS HEREBY ORDERED that, no later than fourteen (14) days after entry of this Order, Plaintiff shall file a notice of current address and any oppositions to the pending Motions for Summary Judgment.  Failure to do so shall result in the granting of the Motions for Summary Judgment and dismissal of this case with prejudice.



DATED:  **June 29, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

ORDER - 2