UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAFAEL S. ORDAZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HAROLD TATE, M.D.,<br>CHARLES O'BRIEN, M.D.,<br><br>　　　　　Defendants. | Case No. 1:07-CV-634-BLW-MHW<br><br>**JUDGMENT** |

　　　The Court previously entered an Order dismissing the claims in this action.  Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's claims against Defendants Tate and O'Brien are DISMISSED with prejudice, and Plaintiff's case is DISMISSED in its entirety.

　　　　　　　　　　　　　　　　DATED:  **September 30, 2010**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　B. LYNN WINMILL
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court

**JUDGMENT - 1**